Entered: August 25th, 2026
Signed: August 22nd, 2026

**SO ORDERED**

No opposition filed.

MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE:<br>JOSE ABASTOS | Case No.: 25-16656-MCR<br><br>Chapter 7 |
| H&H DEVELOPMENT, LLC<br>2009 Lawrence Street, NE<br>Washington, DC 20018<br><br>Plaintiff,<br><br>v.<br><br>JOSE ABASTOS<br>6003 64th Avenue, Unit #29<br>Riverdale, MD 20737<br><br>Defendant. | Adv. Pro. No.: 25-00449 |

**ORDER GRANTING MOTION TO APPROVE A SETTLEMENT OF THE ADVERSARY PROCEEDING BROUGHT BY H&H DEVELOPMENT, LLC**

Upon consideration of the Motion to Approve a Settlement of the Adversary Proceeding Brought by H&H Development, LLC (the "Motion") filed by H&H Development, LLC ("Plaintiff") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed the Motion and the Settlement Agreement attached thereto; and the Court finding that notice of the Motion was proper and sufficient under the circumstances; and the Court finding that the settlement is fair and equitable and in the best interests of the bankruptcy estate and

creditors; and after due deliberation and for good cause shown, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the settlement between H&H Development, LLC and Jose Abastos, as set forth in the Settlement Agreement attached to the Motion as Exhibit A, is APPROVED pursuant to Fed. R. Bankr. P. 9019; and it is further

ORDERED, that the parties are authorized and directed to take all actions necessary to implement and consummate the terms of the Settlement Agreement; and it is further

ORDERED, that pursuant to the terms of the Settlement Agreement, the obligations owed by Jose Abastos to H&H Development, LLC under the Settlement Agreement are deemed nondischargeable to the fullest extent permitted by applicable law under 11 U.S.C. § 523(a)(2)(A); and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Settlement Agreement.

CC: Debtor
Attorney for Debtor
US Trustee - Baltimore
All Creditors
Trustee

**END OF ORDER**